IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD MULIEK KEARNEY** and **MARC STEVEN DORCE**, Plaintiffs<br><br>v.<br><br>**GARY HIBNER, CPL. CHARLES E. GLIECHMAN, CPL. WILLIAM D. BAKER,** Defendants | **Civil No. 1:13-CV-1892**<br><br>**Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion for entry of default (Doc. 30) is **DENIED**.

                                                      s/Sylvia H. Rambo
                                                      United States District Judge

Dated: December 2, 2013.